FILED: AUG 26 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH DAVIS, PLAINTIFF

v.

CITY OF PHILADELPHIA (AS A PERSON)
HEAD SHERIFF ROCHELLE BILAL, PHILA.,
COURT OF COMMON PLEAS JUDGE
NICHOLAS KAMOU,
ADMISTRATIVE LAW JUDGE
DANIEL ANDERS,
U.S. JUDGE MITCHELLE GOLDBERG
U.S. JUDGE MIA PEREZ, DEFENDANTS

NO. _____

JURY TRIAL DEMANDED
CHANGE OF VENUE: DEMANDED

(DEFENDANTS ARE BEING SUED IN THEIR INDIVDUAL AND OFFICIAL CAPACITY)

## CIVIL RIGHTS COMPLAINT

I.   This is a civil rights complaint pursuant to Title 42 U.S.C.A. sections 1983 mand 1985 Act Of Congree KKK

### JURISDICTION

II.   Jurisdiction is conferred upon this court by Title 28 U.S.C.A. section 1331: Notice though Plaintiff invokes the jurisdiction of this court, a motion for change of venue and/or special designation of a trial judge, not from the Third Circuit Court, see Motion attached in support hereof. And see Count 1 U. S. District Judge Mitchell Goldberg Third Circuit, lying about "reconsideration" and improperly implementing F.R.Civ.P. 59 (e) instead of F.R. Civ.P. 60 (B) 4 void judgement (Emphasis Added)

### PARTIES

III.   Plaintiff Keith Davis, 2739 N. York St. Phila. Pa 19132. Defendants: City Of Philadelphia, City Hall c/o Mayor Parker City Hall Mayor's Office Phila. Pa 19107, Rochell Bilal Chief Sheriff 100 S. Broad St., Phila. Pa 19110, Judge Nicholous Kamou, 1301 Filbert St. Phila. Pa 19107, Admin. Law Judge Daniel Anders 1301 Filbert St. Phila. Pa 19107, U.S. District Court Judges: Mitchell Goldberg and Mia Perez 601 Market St. Phila. Pa 19106.

## STATEMENT OF THE FACTS

IV.

COUNT 1.   On August 19, 2025, U.S. District Court Judge Mitchell Goldberg entered a fraudulent order refusing to reinsstae civil action Davis v. U.S. America, et al No 24-6216 involving his fellow colleagues and his own orders being "VOID" pursuant to F.R.Civ.P. 60 (b) (4) not F.R.Civ.P. 59 (e) i. e., that there is no request or reason for a reconsidertaion   (It was made up as motion to dismiss by Judge Goldberg, so that he could apply dissatisfaction, to avoid the jurisdictional challenge) inwhich a reconsideration was never requested and totally inapplicable to a VOID judgment; this ploy was indicated at page 2 footnote one of Second motion to reinstate ...   Judge Goldberg's application of the leagl authority <u>Capital Funding VI. LP v. Chase Manhatten Bank</u> No. 01-60-93 arguing a reconsideration issue of dissatisfaction with a judges ruling, is a fabrication of the record i. e., the only issue is a void judgment because Judge Goldberg is a material witness and partcipants with his codefendants herein too enforcement of a bill of Attainder.   Judge Goldberg, is lying i. e., it is explicly set forth in both reinstatement motions filed May 19, 2025 and August 4, 2025 that he is a material witnesse and a participant in the claims set forth in the complaint, and has no jurisdiction to preside over Plaintiff's case or cases: inwhich he ignored and attempted to use Capital Funding, supra., to further promote his sceme i. e., the F.R.Civ.P. 59 (e) has no applicability to this case and was nver requested by Plaintiff and is the crux for the reasoning in that case!not this one:   The crux for the reasoning for Plaintiff's case is as follows:

The Captital Funding case, supra, is a breach of contract case between nongovermnet parties; Plaintiff's case is a civil rights case pursuant to <u>Menell v. City Of N.Y. Dept Of Soc. Serv.</u> 98 S.Ct.. 2018 ( 1978 ) implementing facially based anmonistjes, also known as the KKK Act.

Thus, Plaintiff has no contract with the United States District Court Judge Mitchell Goldberg, Admin. Law Judge Daniel Anders or the Philadelphia Sheriffs or the City of Philadelphia too accept a Bill Of Attainder in vilation of both the federal and state's constitutions; Plaintiff cannot possibly be dissatisfied as purorted in Captital, supra because there is no existing contract for the violation of a Bill Of Attinder by the defendants i. e., bills of attainders are illegal and cannot be enforced by anyone, including defendant Goldberg. Thus this case falls under the Supreme Court case Menell, supra, government official commiting acts of racism and does not fall under any existing contract that would violate the bill of Attiander doctrine. Consequently Judge Goldberg is lying and creating the fiction of dissatisfaction and reconsideration to avoid exposure of his and his codefendants concerted enforcment of a bill of attainder. Defendant U.S. Dist. Judge Mia Perez refuses injunctive relief (C.A, No. 25-03106) despite the record clearly establishing a bill of attainder by the defendants.

COUNT 2.    Plaintiff herein incorporates the relating issues set forth in the previously dismissed civil complaints, civil actions No. 24-6216 and 24-1563 as they relate to the defendants Phildelphia Sheriffs continuing application of a bill of attainer against Plaintiff herein; incorporated herein as if fully set forth by reference.

COUNT 3.    The defendants Admin. Law Judge Daniel Anders and Judge Nichcolous Kamou, are participants with the other codefendants too enforce a bill of attainder against Plaintiff in violaton of its own Pa. Constitution Artcle 1 section 15. Bill of Attainder made May 30, 2025 defendnts Ander and Sheriffs.

COUNT 4.        The defendant U. S. States District Court Judge Mia Perez is committing the same and/or similar acts by Third Circuit Federa Judges pursuant to F.R.Evid. 406 i. e., ignoring injunctive relief (so that the record will not indicate a favorable ruling inwhich the pro se plaintiff can use later as the case developes) Plaintiff has proof of this practice by the Third Circuit Court Thus this Court is enforcing a bill of Attainder, in violation of its oath and the Constitution of the United States Of America, evidently to assist its colleague judges: This is why a motion for change of venue acompanied this civil rights complaint.

COUNT 5.        Defendant Larry Krasher, the District Attorney of Philadelphia, is permitting all the defendants named herein too violate the Sepration of Powers; by giving the defendants the power to try, convict and punish Plaintiff with no trial in violation of a bill of attainder; inwhich prosecutions are the exclusive province of the District Attorney's Office: inwhich Keith Davis was never prosecuted yet found guilty of obstruction of justice and punished by the defendants herein.

### FIRST CAUSE OF ACTION

V.
        The combined acts of all the defendants as fully set forth at Counts 1-4 violates the constitution of the United States of America via Bill Of Rights and a Bill Of Attainder Article 1 sec. 9, cl 3  Articl 1 sec. 10, consequently Keith Davis was never convicted in any court of law of a crime; that would permit the defenants to deny entry into a court of law.

4

### RELIEF

VI.

First request for injunctive relief: Plaintiff should be permitted to enter the courthouse forthwith and the defendants bill of attainder entered on May 30, 2025 by defendant Daniel Anders and codefendants be abolished and that Plaintiff's Power Of Attorney status be enforced as of this Court's order of July 23, 2024 Memorandum Of Law page 7, Schmehl, J.

Second request for injunctive relief: Because the Third Cir-Court Judges acting as a group consistently testify for one and other in violation of F.R.Evid. 605 (see Leeson, Chagares and Goldberg testifying for one and other like a parot: "dissatifaction, dissatisfaction, dissasifaction; and see see Motion to Reinstate Civil Action No. 24-6216 Davis v. U. S. et al at footnotes 1-3 pp 1-6 and incorporate herein as if fully set forth by reference: Third Circuit Judges lying about failure to state a claim and repeatedly testfying for each other and then dismissing all KKK Act claims, in place of a jury verdict which denies African Americans access to the courts. Thus with the exception of addressing change of venue or designating a non-Third Circuit Judge; the Judges of the Third Circuit should be enjoined from jurisdiction over the subject matter of this case.

Compensatory damages: because their is no immunity to the enforcement of a bill of attainder against any American Citizen Plaintiff seeks $10,000,000 in damages from all defendants combined actions

Punitive damages: because of the Phildelphia Sheriffs continuing acts of malice: Plaintiff seeks &10,000,000 in puntive damages.

Plaintiff reserves the right to move for additional damages if necessary as the case developes.

Date 8/26/2025        5        SUBMITTED:
                                KEITH DAVIS, pro se

---

1    The invocation of U.S.D.J. Mitchell Goldberg's sovereign immunity constitutes an admission to Count 1, mandating a jury trial.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KEITH DAVIS | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| COMMOM PLEAS JUDGDE NICHOLOUS KAMOU | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JUDGE NICHOLOUS KAMOU   PHILADELPHIA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 Filbert St. Phila. Pa 19107   Rm 808

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KEITH DAVIS
2739 N. York St.
Phila. Pa 19132

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | / |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Serve working hours 9-5

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 267-683-4351
DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm

Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: KEITH DAVIS | COURT CASE NUMBER: |
| DEFENDANT: ADMINISTRATIVE LAW JUDGE DANIEL ANDERS | TYPE OF PROCESS: |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: JUDGE ANDERS, PHILADELPHIA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1301 Filbert St. Phila. Pa 19107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
KEITH DAVIS
2739 N. York St.
Phila. Pa 19132

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.: /

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Working hours 9-5

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Signature: Keith D.
TELEPHONE NUMBER: 267-683-4351
DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): 
Date:  Time:  [ ] am [ ] pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

REMARKS:

Form USM-285
Rev. 03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** KEITH DAVIS | **COURT CASE NUMBER** |
| **DEFENDANT** HEAD SHERIFFS ROSCHELL BILAL | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PHILADELPHIA SHERIFFS OFFICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 South Broad St. Phila. Pa 19110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KEITH DAVIS
2739 N. York St.
Phila. Pa 19132

| | |
|---|---|
| Number of process to be served with this Form 285 | 6 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | / |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve working hours 9-5

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER 267-683-4351
DATE 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KEITH DAVIS | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF PHIDELPHIA AS A PERSON | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITY OF PHILADELPHIA MAYOR'S OFFICE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CITY HALL PHILA. PA +(+)% OFFICE OF THE MAYOR

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KEITH DAVIS
2739 N. York St.
Phila. Pa 19132

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | / |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SERVE DUTING WOTKING HOURS 9-5

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 2676834351
DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

Form USM-285
Rev. 03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>KEITH DAVIS | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>UNITED STATES DISTRICT JUDGE MITCHELLE GOLDBERG | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. JUDGE MITCHEEL GOLDBERG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
601 Market Street Phila. Pa 19106

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| KEITH DAVIS<br>2739 N. York St.<br>Phila. Pa 19132 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | / |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Serve working hours 9-5

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 267-683-4351
DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>KEITH DAVIS | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>MIA PEREZ, U. S. DISTRICT JUDGE THIRD CIR. | TYPE OF PROCESS |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  U. S. DISTRICT JUDGE MIA PEREZ
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  601 Market St. Phila. Pa 19106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KEITH DAVIS
2739 N. York St.
Phila. Pa 19132

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | / |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Serve working hours 9-5

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 267-683-4351

DATE: 8/26/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.