IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-5031 |
| | : | |
| CITY OF PHILADELPHIA (AS A PERSON), HEAD SHERIFF ROCHELLE BILAL, NICHOLAS KAMOU, DANIEL ANDERS, U.S. JUDGE MITCHELLE GOLDBERG, U.S. JUDGE MIA PEREZ | : : : : : : | |

## ORDER

AND NOW, this 22nd day of September 2025, consistent with our Congressionally mandated obligation to screen claims after we grant leave to proceed without paying the filing fees under our September 9, 2025 Order (ECF 8), having now carefully reviewed the pro se Complaint (ECF 2), finding Plaintiff again cannot state a claim as detailed in today's accompanying Memorandum, it is **ORDERED** we **DISMISS** the Complaint (ECF 2) with prejudice and direct the Clerk of Court to **CLOSE** this case.

_____
KEARNEY, J.